IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 07-023 R |
| JEREMY VAUGHN PINSON, | ) ) | Violation: 18 U.S.C. § 1001(a)(3) 18 U.S.C. § 1001(a)(2) |
| Defendant. | ) | |

FILED
FEB - 6 2007
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA.
BY _____ DEPUTY

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1

On or about December 3, 2006, at Chickasha, Grady County, within the Western District of Oklahoma, and elsewhere,

-------------------------------------- **JEREMY VAUGHN PINSON,** ----------------------------------

the defendant herein, knowingly and willfully made materially false, fictitious, and a fraudulent writing to a United States District Judge in that, he wrote that an inmate at the Grady County Jail was going to kill the judge, knowing the writing to be false, fictitious, and fraudulent when written.

All in violation of Title 18, United States Code, Section 1001(a)(3).

### COUNT 2

On or about December 7, 2006, at Chickasha, Grady County, within the Western District of Oklahoma, and elsewhere,

---------------------------------- **JEREMY VAUGHN PINSON,** ----------------------------------

the defendant herein, knowingly and willfully made materially false, fictitious, and a fraudulent statement to a Deputy United States Marshal in that, he stated that an inmate at the Grady County Jail threatened to kill a United States District Judge, when he then and there well knew that the statement was false.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

JOHN C. RICHTER
United States Attorney

*[signature]*

JAMES F. ROBINSON
Assistant U.S. Attorney