IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
MAR 6 2007
ROBERT D. DENNIS
U.S. DIST COURT, WESTERN DIST OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. CR-07-023-R |
| JEREMY VAUGHN PINSON, ) | |
| Defendant. ) | Violation: 18 U.S.C. § 1001(A)(2) |
| | 18 U.S.C. § 876(c) |

S U P E R S E D I N G
I N F O R M A T I O N

### COUNT I

The United States Attorney charges:

On or about December 7, 2006, at Chickasha, Grady County, within the Western District of Oklahoma, and elsewhere,

------------------------------JEREMY VAUGHN PINSON,--------------------------------

the defendant herein, knowingly and willfully made a materially false, fictitious, and a fraudulent statement to a Deputy United States Marshal in that, he stated that an inmate at the Grady County Jail intended to kill a United States District Judge, when he then and there well knew that the statement was false.

All in violation of 18 U.S.C. § 1001(a)(2).

### COUNT II

That on or about the February 5, 2007, within the Western District of Oklahoma,

---------------------------------JEREMY VAUGHN PINSON,---------------------------------

the defendant herein, did knowingly cause to be delivered by the United States Postal Service, a letter addressed to the Chief Judge of the District Court for the Western District of Oklahoma at the United States Courthouse, which contained a threat to injure an individual who had served as a juror in Case No. CR-06-114-R, United States of America vs. Jeremy Vaughn Pinson.

All in violation of Title 18, United States Code, Section 876(c).

JOHN C. RICHTER
United States Attorney

*[signature]*

JAMES F. ROBINSON
Assistant U.S. Attorney