**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-07-23-R |
| | ) | |
| JEREMY VAUGHN PINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's pro se Motion [Doc. No. 191] seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the U.S. Sentencing Guidelines. The United States responded in opposition [Doc. No. 194] and the matter is now at issue.

Upon review of the parties' submissions and the Probation Office's Amended Preliminary Report for Consideration of Sentence Reduction Based on Amendment 821 [Doc. No. 192], the Court finds that Amendment 821 does not affect Defendant's guideline range and Defendant is therefore ineligible for a sentence reduction.

Accordingly, Defendant's motion [Doc. No. 191] is DISMISSED.

IT IS SO ORDERED this 9th day of February, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE